IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. SHOTE THOMAS SNELL, Defendant. | CR 20-25-GF-BMM <br><br> ORDER |
|---|---|

Upon the unopposed motion of the United States of America and for good cause shown, the indictment is dismissed without prejudice. See R. Crim. P. 48(a).

DATED this 6th day of July, 2020.

_____
Brian Morris, Chief District Judge
United States District Court